**Order entered November 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00248-CR

**CARLOS DANIEL PADILLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-59454-U**

## ORDER

Before the Court is appellant's November 19, 2018 second motion for extension of time to file appellant's brief. We **GRANT IN PART** the motion and **ORDER** appellant's brief filed on or before **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
         JUSTICE